UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:15-CV-80969-KAM

FRESHEN DOCILE,

    Plaintiff,

vs.

VILLA ROSA HOME, INC., et al.,

    Defendants.

_____/

**ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE**

    This matter is before the Court on the parties' settlement. On March, 11, 2016, the Court held a hearing to determine whether the settlement is a reasonable compromise of disputed issues pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). The Court finds that the parties' settlement is a reasonable compromise of disputed issues.

    Accordingly, it is hereby **ORDERED AND ADJUDGED** that the parties' settlement is **APPROVED**. This case is **DISMISSED WITH PREJUDICE**. The Clerk of Court shall **CLOSE** this case.

    **DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 11th day of March, 2016.

                                                    KENNETH A. MARRA
                                                  United States District Judge